AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

```
                                          ┌─────────────────────────────┐
                                          │ X  FILED        RECEIVED     │
                                          │    ENTERED      SERVED ON    │
                                          │         COUNSEL/PARTIES OF RECORD │
                                          │  ┌──────────────────────┐    │
                                          │  │                      │    │
                                          │  │   June 3, 2014       │    │
                                          │  │                      │    │
                                          │  └──────────────────────┘    │
                                          │  CLERK US DISTRICT COURT     │
                                          │    DISTRICT OF NEVADA        │
                                          │ BY:_____ DEPUTY    │
                                          └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 2:14-cr-177-LDG-GWF |
| | ) | | |
| Gregory Akel, | ) | | |
| *Defendant* | ) | | |

## CONTINUED DETENTION HEARING

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Wednesday, June 4, 2014<br>at 3:00 p.m. |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   <u>Jun 3, 2014</u>

<u>_____</u>
*Judge's signature*

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*