```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         JUL 3 1 2014

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      )<br>    Plaintiff,      )<br>                      )<br>vs.                   )<br>                      )<br>GREGORY AKEL,         )<br>                      )<br>    Defendant.        )<br>                      ) | 2:14-cr-00177-LDG-GWF-1<br><br><br><br><br><br>ORDER |

On June 3, 2014 the Federal Public Defender was appointed to represent Gregory Akel. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Craig W. Drummond, is APPOINTED as counsel for Gregory Akel in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Drummond forthwith.

DATED this 31st day of July, 2014. Nunc Pro Tunc Date July 30, 2014.

_____
UNITED STATES MAGISTRATE JUDGE