# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cr-00177-LDG-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER TO CONTINUE** |
| GREGORY AKEL, ) | **SENTENCING** |
| ) | **(First Request)** |
| Defendants. ) | |
| ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance.

2. Defense counsel was recently notified on June 25, 2015 regarding a request for victim restitution in this matter.

3. That additional time is needed to gather and review documents for the victim component to restitution.

4. That additional time is needed by both parties to negotiate and resolve the victim restitution amount.

5. That Defendant is currently incarcerated and unaware of any victim restitution request.

6. Defense counsel needs additional time to meet with Defendant Akel and discuss victim restitution, options and resolution.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel sufficient time within which to gather and review new restitution documents, complete discussions, negotiate, and resolve any victim restitution amounts.

8. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing. The ends of justice served by granting said continuance

outweigh the best interest of the public since the failure to grant said continuance would likely result in a miscarriage of justice and would deny the parties herein sufficient time and the opportunity within which to thoroughly gather and review new restitution documents, and negotiate any restitution amounts.

9. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(8)(B)(iv).

10. Counsel requests a new Sentencing date, subject to the Court's calendar, for at least thirty (30) days from current Sentencing date.

11. This is the parties' first stipulation to continue the sentencing hearing in this case.

## ORDER

IT IS THEREFORE ORDERED, that the Sentencing hearing currently scheduled for June 29, 2015, at 10:00am be vacated and continued to __August 6__ 2015 at the hour of 10:00 AM.

DATED this 29 day of _June_, 2015.

_____
UNITED STATES DISTRICT JUDGE

DRUMMOND LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.DrummondFirm.com