# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )         Case No.: 2:13-cr-00177-LDG-GWF
                             )
         vs.                 )
                             )         **ORDER TO CONTINUE**
GREGORY AKEL,                )         **SENTENCING**
                             )         **(Third Request)**
         Defendants.         )
_____)

### FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1.     The current sentencing hearing is set for September 10, 2015.

2.     This is a joint request/stipulation by both the United States and Defendant.

3.     That additional time is requested and needed by both parties to finalize and hopefully resolve issues related to restitution of a victim.

4.     Defense counsel needs additional time to meet with Defendant Akel to discuss and finalize victim restitution, options and resolution.

5.     The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel sufficient time within which to gather and review restitution documents, complete discussions, negotiate, and finally resolve the request for victim restitution.

6.     For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.  The ends of justice served by granting said continuance outweigh the best interest of the public since the failure to grant said continuance would likely result in a miscarriage of justice and would deny the parties herein sufficient time and the opportunity within which to thoroughly gather and review restitution documents, and negotiate any restitution amounts.

7.     The continuance sought herein is excludable under the Speedy Trial Act, Title 18,

DRUMMOND LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.DrummondFirm.com

United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(8)(B)(iv).

       8.      Counsel requests a new Sentencing date, subject to the Court's calendar, for at least fifteen (15) days from current Sentencing date.

       9.      This is the parties' third stipulation to continue the sentencing hearing in this case.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED, that the Sentencing hearing currently scheduled for September 10, 2015, at 2:00 pm be vacated and continued to <u>Thursday, October 1</u>, 2015 at the hour of <u>10:00 a.m.</u>.

DATED this _____ day of <u>September</u>, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

DRUMMOND LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.DrummondFirm.com