Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant - GREGORY AKEL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00177-JAD (GWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY AKEL, | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R MARCELLO, ESQ. Counsel for Defendant GREGORY AKEL and CRISTINA SILVA, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for March 7, 2017, at 9:00 a.m., be vacated and reset or a date and time convenient to the court, but no earlier than 60 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Cristina Silva and she does not oppose to the continuance.

4. AUSA Cristina Silva is currently in a Federal Jury Trial.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: March 6, 2017

| /S/ | /S/ |
|---|---|
| OSVALDO E. FUMO, ESQ. | CRISTINA SILVA |
| 601 LAS VEGAS BOULEVARD, S | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |
| GREGORY AKEL | ATTORNEY FOR UNITED STATES OF AMERICA |

Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant - GREGORY AKEL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00177-JAD (GWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY AKEL, | ) | |
| | ) | |
| Defendant | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Cristina Silva and she does not oppose to the continuance.

4. AUSA Cristina Silva is currently in a Federal Jury Trial.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court. This is the first request for continuance filed herein.

.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for March 7, 2017, at 9:000 a.m., be continued to May 22, 2017 at the hour of 11:00 a.m.

DATED this 6th day of March, 2017.

_____
U.S. DISTRICT JUDGE