# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/respondent<br><br>v.<br><br>Gregory Akel,<br><br>　　　　Defendant/petitioner | Case No.: 2:14-cr-00177-JAD-GWF<br><br>**Order Directing Response and Setting Briefing Schedule** |

Defendant Gregory Akel filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced. A response from the government appears warranted.

IT IS THEREFORE ORDERED that the government must file a response to Akel's petition by May 6, 2019. Akel will then have 21 days from service of the answer to file a reply.

Dated: April 4, 2019

_____
U.S. District Judge Jennifer A. Dorsey