# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-0177-JAD-GWF-1 |
| Plaintiff | |
| v. | **Order Re: Reply Brief** |
| Gregory Akel, | ECF No. 129 |
| Defendant | |

Defendant Gregory Akel pled guilty to and was convicted of receipt of child pornography, and, after resentencing, is serving a sentence of 99 months.[1] Akel has moved for yet another resentencing based on an amendment to the Sentencing Guidelines.[2] Although the government responded to that motion on July 29, 2019, Akel has notified the Court that he never received a copy of that response and that he only discovered its existence when he received a copy of the docket.[3] I liberally construe that notice as a motion to extend time for response, find good cause, and grant it.

IT IS THEREFORE ORDERED that **the Clerk of Court is directed to SEND to Akel a copy of the Government's response brief [128]**. Akel has until November 8, 2019, to file a reply brief.

Dated: October 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 106 (judgment).
[2] ECF No. 122.
[3] ECF No. 129.